Corey Thomas FREEMAN, Appellant

v.

The STATE of Texas.

No. PD–1579–13.

Court of Criminal Appeals of Texas.

April 2, 2014.

Jeff L. Pierce, Plano, TX, for Appellant.

Greg Willis, District Attorney, McKinney, Lisa C. McMinn, State's Attorney, AUSTIN, TX, for State.

## *OPINION*

PER CURIAM.

Appellant was convicted of online solicitation of a minor under section 33.021(b) of the Penal Code. The Court of Appeals affirmed the conviction. *Freeman v. State,* No. 05–12–00923–CR, —— S.W.3d ——, 2013 WL 4805698 (Tex.App.-Dallas 2013). Appellant has filed a petition for discretionary review contending the Court of Appeals erred in upholding the constitutionality of the statute.

This Court granted discretionary review recently in *Ex parte Lo* in order to address whether section 33.021(b) is unconstitutional. We held it to be unconstitutional on its face due to overbreadth, reversed the decision of the court of appeals, and remanded to the trial court to dismiss the indictment. *Ex parte Lo,* 424 S.W.3d 10 (Tex.Crim.App.2013). The State's motion for rehearing was denied on March 19, 2014. The Court of Appeals in the instant case did not have the benefit of our opinion in *Ex parte Lo*. Accordingly, we grant Appellant's petition for discretionary review, vacate the judg-

ment of the Court of Appeals, and remand this case to the Court of Appeals for further action in light of our opinion in *Ex parte Lo*.